IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **REGINALD FRITZ BELL,** § | | |
| TDCJ No. 01923613, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. 7:22-cv-00033-M-BP |
| § | | |
| **WARDEN SMITH,** *et al.*, § | | |
| § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on October 4, 2022 [ECF No. 13]. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that Plaintiff Reginald Bell's case is **DISMISSED** with prejudice.

**SO ORDERED** this 17th day of October, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE